# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**Michael Allen Shepersky,**　　　　　　　　　**Civil No. 09-2049(PJS/SRN)**

　　　　　**Petitioner,**

　v.　　　　　　　　　　　　　　　　　　　　**ORDER**

**Timothy Wengler, Warden,**

　　　　　**Defendant.**

---

Michael Allen Shepersky, Minnesota Correctional Facility, 1101 Linden Lane, Faribault, Minnesota 55021, Pro Se.

Russell Conrow, Lake County Attorney, Lake County Attorney's Office, 601 3rd Ave., Two Harbors, Minnesota 55616, for Defendant

---

　　　　The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections have been filed to that Report and Recommendation in the time period permitted.

　　　　Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED that** Defendant's Motion to Dismiss (Doc. No. 4) is **DENIED.**


Dated:　January 28, 2010　　　　　　 s/Patrick J. Schiltz
　　　　　　　　　　　　　　　　　　　Patrick J. Schiltz
　　　　　　　　　　　　　　　　　　　United States District Judge